

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00607-CV

**IN THE INTEREST OF S.A.M.**, J.A.M. Jr., J.E.L.M.,
J.A.M., Z.A.M., I.A.M., and J.A.M., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02510
Honorable Susan D. Reed, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED.

We order that no costs be assessed against appellant Mother or appellant Father because they are indigent.

SIGNED February 13, 2019.

_____
Beth Watkins, Justice

---

[1] The Honorable Peter Sakai is the presiding judge of the 225th Judicial District Court, Bexar County, Texas. However, the termination order in this case was signed by the Honorable Susan D. Reed, sitting by assignment.